IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Babcock, Virgil K | Case Number: 07 B 19092 |
| Babcock, Constance A | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 10/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:　Ch 7 Conversion: December 24, 2008
Confirmed:　December 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,075.52 | |
| Secured: | | 2,771.44 |
| Unsecured: | | 0.00 |
| Priority: | | 3,678.33 |
| Administrative: | | 2,971.00 |
| Trustee Fee: | | 616.42 |
| Other Funds: | | 1,038.33 |
| Totals: | 11,075.52 | 11,075.52 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,971.00 | 2,971.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Green Tree Servicing LLC | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 1,084.45 | 271.44 |
| 6. | HSBC Mortgage Services | Secured | 2,500.00 | 2,500.00 |
| 7. | Illinois Dept of Revenue | Priority | 3,196.14 | 1,130.99 |
| 8. | DSHS/DCS | Priority | 7,198.66 | 2,547.34 |
| 9. | Sutton Bank | Unsecured | 1,997.79 | 0.00 |
| 10. | First Merit Bank | Unsecured | 985.04 | 0.00 |
| 11. | American General Finance | Unsecured | 347.86 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 84.47 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 851.15 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 142.82 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 91.12 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 51.90 | 0.00 |
| 17. | Verizon Wireless Midwest | Unsecured | 24.00 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 228.61 | 0.00 |
| 19. | Verizon North | Unsecured | 8.89 | 0.00 |
| 20. | Capital One | Unsecured | 92.29 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 64.64 | 0.00 |
| 22. | Cook County Treasurer | Secured | | No Claim Filed |
| 23. | Internal Revenue Service | Priority | | No Claim Filed |
| 24. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 25. | Cash LLC | Unsecured | | No Claim Filed |
| 26. | Comcast | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Babcock, Virgil K | Case Number: 07 B 19092 |
|---|---|---|
| | Babcock, Constance A | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 10/16/07 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Check N Go | Unsecured | | No Claim Filed |
| 28. Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 30. Nicor Gas | Unsecured | | No Claim Filed |
| 31. Joseph R Harrison | Unsecured | | No Claim Filed |
| 32. Radio Imaging Consult | Unsecured | | No Claim Filed |
| 33. Tribute/Fbold | Unsecured | | No Claim Filed |
| 34. Resurgent Capital Services | Unsecured | | No Claim Filed |
| 35. Harvey Anesthesiologists SC | Unsecured | | No Claim Filed |
| 36. Calumet Dermatology Associates | Unsecured | | No Claim Filed |
| 37. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 38. Primary Healthcare Associates | Unsecured | | No Claim Filed |
| 39. Mercy Hospital | Unsecured | | No Claim Filed |
| 40. Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 41. South Suburban Cardiology | Unsecured | | No Claim Filed |
| 42. Renal Care Group | Unsecured | | No Claim Filed |
| 43. Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| | | $ 21,920.83 | $ 9,420.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.90 |
| 6.5% | 292.45 |
| 6.6% | 137.07 |
| | $ 616.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

